| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>In re:<br><br>Jose C. Tejada and Erenia Tejada | **FILED**<br>JAMES J. WALDRON, CLERK<br>SEP 07 2010<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>Reyes Minaya, LLC | Case No.:    10-21527-DHS<br>Adv. No.:    10-01785-DHS |
|               Plaintiff(s)<br>v.<br><br>Jose C. Tejada and Erenia Tejada<br><br>              Defendant(s) | Pre Trial Date:    August 26, 2010<br>Judge:    Donald H. Steckroth |

## JOINT ORDER SCHEDULING
## PRETRIAL PROCEEDINGS AND TRIAL

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

9/7/10

*/s/ Donald H. Steckroth/*

A pretrial conference having been scheduled pursuant to *Fed.R.Civ.P* 16(b) and (e), made applicable to these proceedings by *Fed.R.Bankr.P.* 7016, it is

ORDERED that

1. All discovery is to be completed by _____January 1, 2011_____. Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions shall not constitute cause for an adjournment of the scheduled trial date.

2. All other motions shall be filed no later than _____February 14, 2011_____, and returnable no later than _____March 7, 2011_____. Late filed motions shall not constitute cause for an adjournment of the scheduled trial date.

3. ❑ (CHECK IF APPLICABLE) The parties agree to pursue mediation to attempt to resolve disputed matters. A separate mediation order selecting a mediator and providing for a mediation schedule shall be submitted within 14 days.

4. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs ~~if desired by the part~~y, and binders with copies of pre-marked exhibits no later than _____March 25, 2011_____. The parties anticipate a trial of approximately _____1 or 2 days_____.

2

5. All parties shall bring to the trial sufficient copies of their exhibit lists to provide two to the court and one for each adversary. All parties shall also bring to trial a binder containing the originals of their respective exhibits.

6. Trial will commence on _April 7, 2011_ at _10:00_ or as soon thereafter as the matter may be heard, at:

United States Bankruptcy Court

Address:    50 Walnut Street

Newark, NJ 07101

Courtroom #: 3B

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**

*rev.12/1/09*