Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Jose C Tejada and Erenia Tejada
Debtor

                                                        Case No.: 10–21527–DHS
                                                        Chapter 7

Reyes Minaya, LLC
Plaintiff

v.

Jose C Tejada
Defendant

Adv. Proc. No. 10–01785–DHS                       Judge: Donald H. Steckroth

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on September 7, 2010, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 7
Joint Scheduling Order. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 9/7/2010 Discovery due by 1/1/2011. Trial date set for 4/7/2011 at 10:00 AM at DHS – Courtroom 3B, Newark. (tcw)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 7, 2010
JJW: tcw

                                                                   James J. Waldron
                                                                   Clerk